| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Jorge Gonzalez, §
§
    Plaintiff, §
§
versus §    Civil Action H-09-2946
§
Bank of America, *et al.*, §
§
    Defendants. §

## Order

By 12:00 p.m., October 29, 2009, Jorge Gonzalez must describe his social, family, and cultural backgrounds, and his medical, educational, and employment histories.

Signed on October 27, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge